## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Rounsaville, Ira | Case Number: 06 B 17027 |
| Rounsaville, Joyce N | Judge: Hollis, Pamela S |
| Printed: 01/13/09 | Filed: 12/22/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed: December 1, 2008

Confirmed: March 5, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 32,920.00 | |
| Secured: | | 29,466.28 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,600.00 |
| Trustee Fee: | | 1,853.72 |
| Other Funds: | | 0.00 |
| Totals: | 32,920.00 | 32,920.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 1,600.00 | 1,600.00 |
| 2. | US Bank Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | LaSalle Bank NA | Secured | 0.00 | 0.00 |
| 4. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 5. | Silverleaf Resorts Inc | Secured | 0.00 | 0.00 |
| 6. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 7. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 8. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 9. | WFS Financial | Secured | 23,270.87 | 7,647.66 |
| 10. | Bank Of America | Secured | 15,089.30 | 4,956.30 |
| 11. | Westgate Center Condo Assn | Secured | 17,304.53 | 13,333.04 |
| 12. | US Bank Home Mortgage | Secured | 4,580.57 | 3,529.28 |
| 13. | Internal Revenue Service | Unsecured | 19,986.58 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 6,639.65 | 0.00 |
| 15. | Capital One | Unsecured | 1,767.77 | 0.00 |
| 16. | WFS Financial | Unsecured | 34.72 | 0.00 |
| 17. | Resurgent Capital Services | Unsecured | 194.71 | 0.00 |
| 18. | Discover Financial Services | Unsecured | 5,849.25 | 0.00 |
| 19. | Bank Of America | Unsecured | 1,285.47 | 0.00 |
| 20. | FDS National Bank - Bloomingdales | Unsecured | 643.35 | 0.00 |
| 21. | RoundUp Funding LLC | Unsecured | 197.36 | 0.00 |
| 22. | AAA Checkmate LLC | Unsecured | 1,483.70 | 0.00 |
| 23. | ECast Settlement Corp | Unsecured | 378.73 | 0.00 |
| 24. | ECast Settlement Corp | Unsecured | 5,785.32 | 0.00 |
| 25. | Nicor Gas | Unsecured | 643.73 | 0.00 |
| 26. | ECast Settlement Corp | Unsecured | 2,220.39 | 0.00 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Rounsaville, Ira
Rounsaville, Joyce N
Printed: 01/13/09

Case Number: 06 B 17027
Judge: Hollis, Pamela S
Filed: 12/22/06

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | American Express Centurion | Unsecured | 459.19 | 0.00 |
| 28. | Blue Green Corp | Secured | | No Claim Filed |
| 29. | Countrywide Home Loans Inc. | Secured | | No Claim Filed |
| 30. | Amex | Unsecured | | No Claim Filed |
| 31. | Capital One | Unsecured | | No Claim Filed |
| 32. | Collection Consultants | Unsecured | | No Claim Filed |
| 33. | HSBC | Unsecured | | No Claim Filed |
| 34. | Medical Collections | Unsecured | | No Claim Filed |
| 35. | First USA Bank/Lomas Bank | Unsecured | | No Claim Filed |
| 36. | Medical Collections | Unsecured | | No Claim Filed |
| 37. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 38. | Price & Associates | Unsecured | | No Claim Filed |
| 39. | Numark Credit Union | Unsecured | | No Claim Filed |
| 40. | Doctors Care | Unsecured | | No Claim Filed |
| | | | $ 109,415.19 | $ 31,066.28 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 42.84 |
| 5.4% | 1,329.88 |
| 6.5% | 481.00 |
| | $ 1,853.72 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

